Term. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

EMILY CROMWELL NEDHAM, Respondent, v. HENRY BLAND NEDHAM and Others, Defendants, Impleaded with MARY ANGELINA NEDHAM and Another, Individually and as Executrices of ANGELINA NEDHAM, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

FANNIE EPHRAIM, as Administratrix, etc., of ISAAC EPHRAIM, Deceased, Appellant, v. KNICKERBOCKER HOSPITAL, Respondent.— Order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

In the Matter of the Transfer Tax upon the Estate of SARAH ELLA FURNALD, Deceased. HENRY NATSCH FURNALD and Others, Appellants; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — · Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

DANIEL W. HERRMAN, Respondent, v. SAMUEL MEADOW, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

WILLIAM FORGER, Respondent, v. L. W. MULFORD Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

BRONSTON BROS. & CO., INC., Respondent, v. DAVID OLIVER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

BENJAMIN PITOFF, Respondent, v. WESTINGHOUSE, CHURCH, KERR & Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

CAROLINE M. ROBINSON, Respondent, v. HUBERT E. ROGERS and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

CENTRAL UNION TRUST COMPANY OF NEW YORK, Respondent, v. AMERICAN LIGHT AND TRACTION COMPANY and Others, Respondents, Impleaded with CAMILLE WEIDENFELD, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

MARIA L. VANDERPOEL, Appellant, v. CHEEVER N. ELY, as Executor, etc., of SMITH ELY, Deceased, and Others, Respondents, Impleaded with GEORGE B. VANDERPOEL and Another, as Executors, etc., of SMITH ELY, Deceased, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.